SO ORDERED: March 10, 2009.



James K. Coachys
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JANE MARIE NEAL, | ) | Case No. 06-07116-JKC-7A |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| DEAN TRENNEPOHL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adv. Pro. No. 07-50316 |
| | ) | |
| JANE MARIE NEAL, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT ORDER DENYING DISCHARGE

This matter comes before the Court on Plaintiff Dean Trennepohl's Second Amended Objection to Discharge and Dischargeability and Complaint to Determine Dischargeability of Debt against Debtor/Defendant Jane Marie Neal. Consistent with the Findings of Fact and Conclusions of Law entered contemporaneously herewith, Debtor is hereby denied a discharge pursuant to 11 U.S.C. § 727(a)(3) and (a)(5).

###

Distribution:

Keith E. Gifford
Steven P. Taylor
Paul Ludwig
UST

Case 07-50316    Doc 78    Filed 03/10/09    EOD 03/11/09 10:18:25    Pg 2 of 2